FILED
CLERK, U.S. DISTRICT COURT

November 8, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NILOOFAR HASSAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**CREDITORS ADJUSTMENT BUREAU, INC.,**<br><br>Defendant. | Case No.: 2:17-CV-06606-SJO-SK<br><br>**ORDER RE: REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF PUTATIVE CLASS MEMBERS PURSUANT TO F.R.C.P.41(A)(1)** |

Based upon Plaintiff's voluntary dismissal request, and good cause, this Court hereby orders that Plaintiff's claim is dismissed with prejudice and the claims of putative class members are dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 8, 2017

*S. James Otero*
_____
HON. S. JAMES OTERO
U.S. DISTRICT JUDGE